UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-22513-CIV-WILLIAMS

ATANACHY D. MORALES,

    Plaintiff

vs.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation recommending that Plaintiff's complaint be dismissed without prejudice due to Plaintiff's failure to prosecute, execute service under Fed.R.Civ.P. 4, and comply with a Court order (the "Report"). (DE 6). Plaintiff did not file objections to the Report and the time to do so has now passed. Accordingly, upon review of the Report, the record, and case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 6) is **AFFIRMED AND ADOPTED**.
2. The Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE**.
3. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida this 21st day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:

Atanachy D. Morales
1240 N.W. 178th Terrace
Miami, FL 33169